**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6398**

SUPREME RAHEEM ACKBAR, a/k/a Ronald Gary,

        Plaintiff - Appellant,

    v.

CHRISTOPHER MONACO; AGENT MARTIN; OFFICER BOCCABELLO; RIVERA LOPEZ,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Richard Mark Gergel, District Judge. (4:19-cv-02774-RMG)

Submitted: September 29, 2020            Decided: November 9, 2020

Before KEENAN, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Supreme Raheem Ackbar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Supreme Raheem Ackbar appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Ackbar's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ackbar v. Monaco*, No. 4:19-cv-02774-RMG (D.S.C. Mar. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*